# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina
_____ Division

Robert Charles Anthony King
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)
John P Paisley, Dale+Melanie Deuls
Terry Johnson  -v- Christen Wilson
Sean Boone        Dean Culber
Elizabeth Oliver  Joey England
Tabeesa Washington  Isaac Groves
Guy Lucas/Justyn Melrose  Hodgin Carrie
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 24CV761
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

FILED SEP 16 2024 IN THIS OFFICE Clerk U.S. District Court Greensboro, N.C.

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert Charles Anthony King
Street Address: 9717 Poplar Street
City and County: New Port Richey, Pasco
State and Zip Code: Florida 34654
Telephone Number: 727-810-3266
E-mail Address: crookedalamance2019@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: Guy Lucus / Justyn Melrose
Job or Title (if known): High Point Fox 8 News
Street Address: 2005 Francis Street
City and County: High Point   Guilford
State and Zip Code: North Carolina   27263
Telephone Number: 336-621-1185
E-mail Address (if known): news@wghp.com

Defendant No. 2
Name: Isaac Groves
Job or Title (if known): Time News and USA Today Network
Street Address: 707 South Main Street
City and County: Burlington NC   Alamance
State and Zip Code: North Carolina   27215
Telephone Number: 919-996-8039
E-mail Address (if known):

Defendant No. 3
Name: Hodgin Carrie
Job or Title (if known): WXII 12
Street Address: 200 Coliseum Drive
City and County: Winston Salem   Forsyth
State and Zip Code: North Carolina   27106
Telephone Number:
E-mail Address (if known): carriehodgin@hearst.com

Defendant No. 4
Name: Dale + Melanie Davis
Job or Title (if known): Mebane Enterprise
Street Address: 106 North 4th Street
City and County: Mebane N.C.   27302
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 1
- Name: Sheriff Terry Johnson
- Job or Title (if known): Sheriff of Alamance County
- Street Address: 109 South Maple Street
- City and County: Graham  Alamance
- State and Zip Code: North Carolina  27253
- Telephone Number: 336-570-6300
- E-mail Address (if known):

Defendant No. 2
- Name: Sean Boone
- Job or Title (if known): District Attorney Prosecutorial District 17
- Street Address: 212 West Elm Street
- City and County: Graham  Alamance
- State and Zip Code: North Carolina  27253
- Telephone Number: 336-570-5210
- E-mail Address (if known):

Defendant No. 3
- Name: Elizabeth Oliver
- Job or Title (if known): Assistant District Attorney District 17
- Street Address: 212 West Elm Street
- City and County: Graham  Alamance
- State and Zip Code: North Carolina  27253
- Telephone Number: 336-570-5210
- E-mail Address (if known):

Defendant No. 4
- Name: Jaleesa Washington
- Job or Title (if known): Detective Alamance County Sheriff's Office
- Street Address: 109 South Maple Street
- City and County: Graham  Alamance
- State and Zip Code: North Carolina  27253
- Telephone Number: 336-570-6300
- E-mail Address (if known):

Defendant No. 1
- Name: Christian Wilson
- Job or Title (if known): Alamance County Sheriff's office
- Street Address: 109 South Maple Street
- City and County: Graham, Alamance
- State and Zip Code: North Carolina 27253
- Telephone Number: 336-570-6300
- E-mail Address (if known):

Defendant No. 2
- Name: Dean Culler
- Job or Title (if known): Alamance County Sheriff's office
- Street Address: 109 South Maple Street
- City and County: Graham, Alamance
- State and Zip Code: North Carolina 27253
- Telephone Number: 336-570-6300
- E-mail Address (if known):

Defendant No. 3
- Name: Joey England
- Job or Title (if known): Alamance Sheriff's Office
- Street Address: 109 South Maple Street
- City and County: Graham, Alamance
- State and Zip Code: North Carolina 27253
- Telephone Number: 336-570-6300
- E-mail Address (if known):

Defendant No. 4
- Name: John P Paisley
- Job or Title (if known): Commissioners of Alamance County
- Street Address: 124 West Elm St
- City and County: Graham, Alamance
- State and Zip Code: NC 27253
- Telephone Number: 336-228-1312
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. (42 US Code § 1983) Defamation, Slander, Liberal, Kidnapping, 4th, 5th, 6th, 8th, and 14th Amendment Parental Rights, False Imprisonment, False arrest, Malicious Prosecution

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* Robert Charles Anthony King, is a citizen of the State of *(name)* Florida Pasco County.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

United States District Courts
for Middle District
of North Carolina

Continue of Page 5 and 6 # 2. and Statement of Claim.

1) Terry Johnson in his Offical is a citizen of Alamance County North Carolina is the Sheriff of Alamance County. Color of Law

Terry Johnson is responsible for his Employee that is Employment at the Alamance County Sheriff's Office and to ensure that each employee conduct in faithful matter and accord to Law.

2) Sean Boone in his Offical and Individual is a citizen of Alamance County North Carolina. He is the District Attorney Prosecutorial District 17 Color of Law

3) Elizabeth Olives in her Individual is a citizen of North Carolina Color of Law. She is the District Attorney Assitance Prosecutorial District 17

4) Detective Jaleesa Washington in her Individual is a citizen of North Carolina color of Law She is employed by the Alamance County Sherrif's office

5) Christian Wilson in her Indivial is citzen of North Carolina color of Law She is employed by the Alamance Sheriff Office

6) Dean Culler in his Indivial Is citizen of North Carolina color of Law is employed by the Alamance Sherriff's Office

7) Joey England in his Indivial is citzen of North Carolina color of Law is employed by the Alamance Sheriff's office

8) Guy Lucus and Justyn Melrose in their Indivial are citzen of North Carolina and is employed at HighPoint Fox 8 news

9) Hodsin Carrie in her Indivial is citzen of North Carolina and is employed at WXII 12 News at Winston Salem

10) Isaac Groves in his Indivial is citzen of North Carolina is Employed at Burlington Time News

11) Dake and Melanie Davis in their Indivial is citzen of North Carolina

Sean Boone and Elizabeth Oliver
Both of these Defendants violated Plaintiff's 4th 5th 6th 8th and 14th Amendments, Defamation, Slander Liberal, Kidnapping, Parental Constitution violation, False Imprisonment, False arrest. Malicious Prosecution 42 US Code 1983

Sheriff Terry Johnson Sheriff of Alamance County, John Paisley Commissioners of Alamance County, Christian Wilson, Dean culber, Joey England and Jaleesa Washington all worked at the Alamance County Sheriff Office they all violated Plaintiff's Constitution right as a parent Detaining Plaintiff against his will and falsely Imprisonment Plaintiff over three "3" years of confindment made defamation, slander and Liberial against the Plaintiff, Kiddnaping 4th, 5th, 6th 8th and 14th Amendment, False arrest, Malicious Prosecuti

Plaintiff was arrested by the Alamance County Sheriff's office August 12 2019 was fasely detain for over 3 years was found not Guilty by 12 panel Jury on September 16th 2022 was released.

Alamance Sheriff Office and Alamance District Attorney County did not investgate or Interview everyone to ensure that Plaintiff is not wrongfuly accussed.

Plaintiff had all proofs of his

Guy Lucus/Justyn Melrose, Dale + Melanie Davis, Issacc Groves Hodgin Carrie they all work at or as a reporter for the News and made a Defamation Slander Libial about the Plaintiff.

Robert Charles Arthur King
September 15th 2024

his innocent. They failed to conduct safe investigation nor had any proof of evidence of time frame. Plaintiff was in fact in full legal custody and was award sole custody by Guilford County High Point. Alamance never had Jurisdiction over subject matter nor was ~~redent~~ redsindent of Alamance county at all. Plaintiff was not able to get Bail Hearing for three "3" years.

*Robert Charles Anthony Klug* (signature)
September 15th 2024

Robert Charles Anthony Klug
9717 Poplar Street
New Port Richey Florida
email crookedalamance2019@gmail.com

12) John P Paisley in his Offical is citzen of North Carolina he is the Chair Commissioners of Alamance County. He is Responbile for Alamance County Sheriff Office and District Attorney Office

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attach

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

award Plaitiff $13,500,000 $3.5 Million
Expungment of all Records of Alamance County.
Remove Delect all Defamation, Slander
All News Defamation - $50,000 each

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: September 15th 2024

Signature of Plaintiff: *Robert Charles Anthony King*
Printed Name of Plaintiff: Robert Charles Anthony King

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____